Case Name:   McRICKARD, THOMAS
Case No:     07 B 70120

# **CERTIFICATION OF REVIEW**

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: October 18, 2007        WILLIAM T. NEARY
                                   United States Trustee, Region 11


                                BY:   __/s/_____
                                        CAROLE J. RYCZEK
                                        Attorney for the U.S. Trustee