IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
MCRICKARD, THOMAS B

CASE NO. 07-70120 MB

Judge Manuel Barbosa

Debtor(s)

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION,
(AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 220
        Rockford, IL  61101

   on:  November 19, 2007

   at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 1,401.29 | |

4. The Trustee's Final Report shows total:

   a. Receipts                              $     6,512.92

   b. Disbursements                         $        12.20

   C. Net Cash Available for Distribution   $     6,500.72

EXHIBIT A

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $5,099.43, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $37,677.41, resulting in an approximate distribution of 13.53% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: _____            _____
                                       James E. Stevens

EXHIBIT A

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0120   Doc 37   Filed 10/19/07   Entered 10/21/07 23:34:16   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 2         Date Rcvd: Oct 19, 2007
Case: 07-70120                Form ID: pdf002             Total Served: 29


The following entities were served by first class mail on Oct 21, 2007.
db           +Thomas B McRickard,   1175 F Grace Drive,   Sycamore, IL 60178-9532
aty          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
tr           +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
               Rockford, IL 61108-2579
11130440      AT&T,   P.O. Box 44167,   Jacksonville, FL 32231-4167
11130442      Bank of America,   P.O. Box 1390,   Norfolk, VA 23501-1390
11130441      Bank of America,   FL9-600-02-26,   P.O. Box 45224,   Jacksonville, FL 32232-5224
11130443      Best Buy,   Retail Services,   P.O. Box 15521,   Wilmington, DE 19850-5521
11130444      Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11130445      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
11130448      Chase Automotive Finance,   P.O. Box 901076,   Fort Worth, TX 76101-2076
11285007     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
11130450     +First National Bank & Trust,   345 E. Grand Avenue,   Beloit, WI 53511-6226
11130451      JCPenney,   P.O. Box 981403,   El Paso, TX 79998-1403
11130452     +Kane Cardiology,   351 Delnor Drive, Suite 100,   Geneva, IL 60134-4220
11130453      Kohl's,   P.O. Box 3043,   Milwaukee, WI 53201-3043
11130454      Lowe's,   P.O. Box 981064,   El Paso, TX 79998-1064
11254214     +Recovery Management Systems Corporation,   For GE Money Bank,   dba LOWES,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11254417     +Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11130455     +Rockford Health Physicians,   Anesthesiology Services,   6785 Weaver Road, Suite D,
               Rockford, IL 61114-8055
11130456     +Rockford Health Physicians,   Dr. Daniel Sweet,   351 Executive Parkway,
               Rockford, IL 61107-5339
11130458     +Rockford Memorial Hospital,   Pathologists,   2400 N Rockton,   Rockford, IL 61103-3655
11130457     +Rockford Memorial Hospital,   2400 N. Rockton AVenue,   Rockford, IL 61103-3681
11130460     +Rockford Radiology,   6885 Vistagreen Way,   Rockford, IL 61107-5657
11130461      Sears,   P.O. Box 6922,   The Lakes, NV 88901-6922
11130462      Target,   c/o Target Credit Services,   P.O. Box 1581,   Minneapolis, MN 55440-1581
11130464     ++WASINGTON MUTUAL BANK FA,   3990 S BABCOCK STREET,   MAILSTOP MBO119FL,   MELBOURNE FL 32901-8212
               (address filed with court: Washington Mutual,   Consumer Lending Support MB0118FL,
               P.O. Box 3990,   Melbourne, FL 32901)
11130463      Wal*Mart,   P.O. Box 981064,   El Paso, TX 79998-1064
11130465      Washington Mutual Home Loans,   P.O. Box 3139,   Milwaukee, WI 53201-3139

The following entities were served by electronic transmission on Oct 20, 2007.
11130442      E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 20 2007 03:04:03     Bank of America,
               P.O. Box 1390,   Norfolk, VA 23501-1390
11130441      E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 20 2007 03:02:56     Bank of America,
               FL9-600-02-26,   P.O. Box 45224,   Jacksonville, FL 32232-5224
11130449      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 20 2007 03:08:51     Discover,   P.O. Box 15192,
               Wilmington, DE 19850-5192
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
               Rockford, Il 61108-2579
11130446*     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
11130447*     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
11130459*    +Rockford Memorial Hospital,   2400 N. Rockton AVenue,   Rockford, IL 61103-3681
                                                                                              TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: lorsmith           Page 2 of 2              Date Rcvd: Oct 19, 2007
Case: 07-70120                Form ID: pdf002          Total Served: 29

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2007**                **Signature:**   *Joseph Speetjens*