UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| THOMAS B. MCRICKARD, | ) | Case No. 07 B 70120 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. All evidence of all cancelled checks are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

TRUSTEE, JAMES E. STEVENS

CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: January 25, 2008

WILLIAM T. NEARY,
United States Trustee

By: Carole Ryczek, Attorney for the U.S. Trustee

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase** 

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

December 01, 2007 through December 31, 2007
Account Number: **000312976872266**

### CUSTOMER SERVICE INFORMATION

Service Center:    1-800-634-5273

00016418 DBI 802 24 00208 - NNN  1  000000000  60 0000
07-70120 MCRICKARD THOMAS B
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $622.25 |
| Checks Paid | 3 | - 622.25 |
| **Ending Balance** | 3 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 102 | 12/03 | $260.01 |
| 103 | 12/03 | 161.12 |
| 104 | 12/03 | 201.12 |
| **Total Checks Paid** |  | **$622.25** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/03 | $0.00 |

JPMorganChase

June 01, 2007 through June 29, 2007
Account Number: **000312976872265**

**IMAGES**

ACCOUNT # 000312976872265




009170758350 JUN 14 #0000001001 $12.20



009170758350 JUN 14 #0000001001 $12.20

**JPMorganChase**

November 01, 2007 through November 30, 2007
Account Number: **000312976872266**

## IMAGES

ACCOUNT # 000312976872266



008870106716 NOV 27 #0000000101 $1,401.29



008870106716 NOV 27 #0000000101 $1,401.29



008470429227 NOV 30 #0000000105 $1,680.03



008470429227 NOV 30 #0000000105 $1,680.03

**JPMorganChase**

November 01, 2007 through November 30, 2007
Account Number: **000312976872266**

ACCOUNT # 000312976872266



008470429226 NOV 30 #0000000106 $1,211.45



008470429226 NOV 30 #0000000106 $1,211.45



008470429225 NOV 30 #0000000107 $1,585.70



008470429225 NOV 30 #0000000107 $1,585.70

JPMorganChase

December 01, 2007 through December 31, 2007
Account Number: **000312976872266**

# IMAGES

ACCOUNT # 000312976872266

00000102 021000021 312976872266 0000026001

008670425118 DEC 03 #0000000102 $260.01

008670425118 DEC 03 #0000000102 $260.01

00000103 021000021 312976872266 0000016112

008670425065 DEC 03 #0000000103 $161.12

008670425065 DEC 03 #0000000103 $161.12

**JPMorganChase**

December 01, 2007 through December 31, 2007
Account Number: **000312976872266**

ACCOUNT # 000312976872266




008670128224 DEC 03 #0000000104 $201.12

008670128224 DEC 03 #0000000104 $201.12